Craig G. Staub, Bar No. 172857
cstaub@littler.com
James Payer, Bar No. 292158
jpayer@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS CORPORATION, ERRONEOUSLY SUED AS NORTHROP GRUMMAN CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIEDLANDER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION,<br><br>Defendant. | Case No. 2:22-cv-2877<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**[Local Rule 7.1-1]**<br><br>Complaint Filed: March 21, 2022 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND PLAINTIFF MICHAEL FRIEDLANDER:**

Pursuant to Local Rule 7.1-1 the undersigned, counsel of record for Defendant NORTHROP GRUMMAN SYSTEMS CORPORATION, erroneously sued and served as "NORTHROP GRUMMAN CORPORATION" ("Defendant"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

1. Plaintiff Michael Friedlander
2. Defendant Northrop Grumman Systems Corporation
3. Defendant Northrop Grumman Corporation - Defendant Northrop Grumman Systems Corporation is a wholly owned subsidiary of Northrop Grumman Corporation, a publicly traded company. State Street Bank and Trust Company owns approximately 11.0% of Northrop Grumman Corporation. There is no other publicly held corporation owning 10% or more of its stock.

Defendant further certifies that, to Defendant's knowledge, no other parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal

Dated: April 29, 2022

/s/ *James Payer*
Craig Staub
James Payer
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS CORPORATION

4865-5762-4094.1 / 080019-1093

## CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 633 W. Fifth Street, 63rd Floor, Los Angeles, CA 90071.

On April 29, 2022, I served the foregoing document(s) entitled **NOTICE OF INTERESTED PARTIES** on the interested parties in this as follows:

Michael Friedlander
937 E. Ave R #5
Palmdale, CA 93550
Tel (818) 802-7119
Email: mfriedlander@gmail.com

*Plaintiff In Pro Per*

☐ **BY ELECTRONIC SUBMISSION:** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **BY OVERNIGHT DELIVERY (FRCP 5(b)(1)(F)):** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 29, 2022, at Los Angeles, California.

*/s/ Laura Aispuro*
Laura Aispuro

ORIGIN ID:JBPA (213) 443-4300
LAURA AISPURO
LITTLER MENDELSON, P.C.
633 WEST FIFTH STREET, 63RD FLOOR

LOS ANGELES, CA 90071
UNITED STATES US

SHIP DATE: 29APR22
ACTWGT: 1.00 LB
CAD: 104635649/INET4490

BILL SENDER

TO **MICHAEL FRIEDLANDER**
**937 E. AVE R #5**

**PALMDALE CA 93550**
(818) 802-7119 REF: 080019.1093
INV:
PO: DEPT:

577J2/BDF9/FE4A

FedEx Express

J222022041201uv

TRK# 0201 **7767 2444 7558**

**MON - 02 MAY 10:30A**
**PRIORITY OVERNIGHT**

**WZ WJFA**

**93550**
CA-US **BUR**

---

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.